Núm. 7332.—RAMOS, apldo. *v.* ALCALDE Y ASAMBLEA MPAL., apltes. —C. D. Humacao. Diciembre 8, 1937.

Por los motivos consignados en la opinión emitida en el día de hoy en el caso civil número 7317, *Ramón López, peticionario apelado,* v. *Alcalde y Asamblea Municipal de Naguabo, demandados apelantes* (ante, pág. 388), se confirma la sentencia apelada que dictó la Corte de Distrito de Humacao con fecha 8 de abril de 1936 en el recurso de epígrafe.

El Juez Presidente, Sr. Del Toro está conforme con el resultado. El Juez Asociado Sr. Córdova Dávila no intervino.

Núm. 1011.—DÍAZ, recurrente, *v.* REGISTRADOR, recurrido.— Diciembre 10, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf).

POR CUANTO, la nota del registrador recurrido en su parte esencial dice:

"Inscrito el precedente documento al folio 146 del tomo 41 de Sabana Grande, finca 1416 e inscripción 1ª. con el defecto subsanable de no acompañarse el plano prescrito por la Resolución Conjunta núm. 55 de fecha 15 de mayo de este año. Libre de cargos."

POR CUANTO, vista la resolución de este tribunal de fecha 30 de noviembre del año en curso, dictada en el Recurso Gubernativo núm. 1006, *Carlos M. Molini y Mejía, recurrente,* v. *Registrador de la Propiedad de San Germán, recurrido* (ante, pág. 360);

POR TANTO, se revoca la nota recurrida de fecha 19 de octubre de 1937 y se ordena la inscripción libre de defectos.

El Juez Asociado Sr. Córdova Dávila no intervino.